IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01046-CBS

JOSEPH FERONA, SR.,
    Plaintiff,
v.

HOME DEPOT U.S.A., and
NW SERVICE ENTERPRISES, INC.,
    Defendants.
_____

## ORDER OF RECUSAL
_____

Magistrate Judge Craig B. Shaffer

    Title 28 U.S.C. § 455(b) requires that a judge disqualify himself in certain circumstances. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000) (§ 455(a), unlike § 144, places "the obligation to identify the existence of [bias or prejudice] upon the judge himself, rather than requiring recusal only in response to a party affidavit."). After reviewing the case file, I conclude that I must recuse myself from further service in this case.

    Accordingly, IT IS ORDERED that I recuse myself from further service in this matter and that the Clerk of the Court shall cause this case to be reassigned.

    DATED at Denver, Colorado this 28th day of April, 2014.

                                            BY THE COURT:

                                            s/Craig B. Shaffer
                                            United States Magistrate Judge