IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01046-CMA-KLM

JOSEPH FERONA, SR.,

     Plaintiff,

v.

HOME DEPOT U.S.A., INC., and
NW SERVICE ENTERPRISES, INC.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Unopposed Third Motion for Extension of Time** [#31] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. The Scheduling Order is amended to extend the following deadlines:

| Deadline | Date |
|---|---|
| Affirmative Expert Disclosure Deadline | **January 19, 2015** |
| Rebuttal Expert Disclosure Deadline | **January 26, 2015** |
| Deadline to Serve Written Discovery Requests | **February 16, 2015** |
| Discovery Deadline | **March 2, 2015** |
| Dispositive Motions Deadline | **March 9, 2015** |

     Dated: December 8, 2014