**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01046-CMA-KLM

JOSEPH FERONA, SR.,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., and
NW SERVICES ENTERPRISES, INC.,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice (Doc. # 36.)  The Court, having reviewed the Stipulated Motion and being fully advised, HEREBY ORDERS that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED: March 3, 2015

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge